VALENTINE FROMM, Respondent, *v.* DANIEL IDE, Appellant.

(Argued October 23, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 28, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*John D. Lynn* for appellant.

*Ivan Powers* for respondent.

Agree to affirm : no opinion.
All concur.
Judgment affirmed. _____